UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1093

IN THE MATTER OF THE SEARCH OF 1 )
WHITE AT&T SAMSUNG GALAXY NOTE, )
MODEL SGH1717, SERIAL NUMBER )
R21C25LHDMR; 1 A1387 IPHONE IC ) **ORDER TO UNSEAL**
579C-E2430B; BLACK MICRO 2GB pq1 S )

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed. SO ORDERED.

| 11/14/2013 | /s/ William A. Webb |
|---|---|
| DATE | WILLIAM A. WEBB
United States Magistrate Judge |